| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Nelson, Ryan D. | 2. Court or Organization<br><br>Ninth Circuit Court of Appeals | 3. Date of Report<br><br>07/30/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>Circuit Judge - Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

| 7. Chambers or Office Address<br><br>1075 S. Utah Avenue<br>Idaho Falls, ID 83402 |
|---|

| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | General Counsel Emeritus | Melaleuca, Inc. |
| 2. | Assistant Secretary | Primer Contacto USA, Inc. |
| 3. | Secretary and Director | Melaleuca Export, Inc. |
| 4. | Secretary and Director | Melaleuca of Canada and Japan Export, Inc. |
| 5. | Secretary and Director | Melaleuca of Asia Export, Inc. |
| 6. | Secretary and Director | Melaleuca of Southeast Asia Export, Inc. |
| 7. | Assistant Secretary | Melaleuca, Inc. |
| 8. | Secretary and Director | Melaleuca of Australia Export, Inc. |
| 9. | Managing Director | Melaleuca of Europe (Germany) GmbH |
| 10. | Assistant Secretary | Melaleuca of Mexico Distribution, Inc. |
| 11. | Secretary | Melaleuca of Mexico Distribution Holdings, Inc. |
| 12. | Secretary | Melaleuca of Mexico Holdings, Inc. |
| 13. | Member of Board of Managers | Gem State Utility Development Group, LLC |
| 14. | Council Member | American Bar Association Section of Administrative Law and Regulatory Practice |
| 15. | Managing Member | Palmer Green, LLC |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, Ryan D. | 07/30/2019 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2018 | 401(k) and HSA accounts remained temporarily with Melaleuca, Inc., without further contributions (concluded 2018) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, Ryan D. | 07/30/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Melaleuca, Inc. (salary, bonus and profit share) | $332,690.75 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA | November 1-3, 2018 | Washington, DC | Council Meeting | Transportation, meals, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, Ryan D. | 07/30/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo | Mortgage on Rental Property #1, Massanutten, VA | M |
| 2. | Wells Fargo | Mortgage on Rental Property #2, Massanutten, VA | M |
| 3. | OCWEN | Mortgage on Rental Property #3, Massanutten, VA | M |
| 4. | OCWEN | Second Mortgage on Rental Property #3, Massanutten, VA | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, Ryan D. | 07/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Key Bank (cash) | A | Interest | M | T | | | | | |
| 2.  Northwestern Mutual Whole Life Insurance Policy | A | Dividend | K | T | | | | | |
| 3.  IRA #1 (H) | | | | | | | | | |
| 4.  HSBC Money Market (cash) | A | Interest | K | T | | | | | |
| 5.  Artisan International Value Investor (ARTKX) | A | Dividend | J | T | | | | | |
| 6.  Blackrock International Opp Inst (BISIX) | A | Dividend | J | T | | | | | |
| 7.  Dodge & Cox International Stock (DODFX) | A | Dividend | K | T | | | | | |
| 8.  FMI Large Cap Fund (FMIHX) | C | Dividend | K | T | | | | | |
| 9.  Gabelli Small Cap Growth AAA (GABSX) | A | Dividend | K | T | | | | | |
| 10. James Balanced: Golden Rainbow R (GLRBX) (Y) | | | | | | | | | |
| 11. Loomis Sayles Bond (LSBRX) | A | Dividend | J | T | | | | | |
| 12. Matthews Asia (MAPTX) | A | Dividend | J | T | | | | | |
| 13. Morgan Stanley Inst US Real Estate I (MSUSX) | C | Dividend | J | T | | | | | |
| 14. T. Rowe Price Small Growth (PRDSX) | A | Dividend | K | T | | | | | |
| 15. T. Rowe Price Health Sciences (PRHSX) | B | Dividend | K | T | | | | | |
| 16. Templeton Global Bond A (TPINX) | A | Dividend | J | T | | | | | |
| 17. Vanguard TIPS (VAIPX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, Ryan D. | 07/30/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Emerging (VEMAX) | A | Dividend | J | T | Buy (add'l) | 11/08/18 | J | | |
| 19. Vanguard 500 Index Admiral (VFIAX) | A | Dividend | K | T | | | | | |
| 20. Vanguard Growth Index Investor (VIGRX) | A | Dividend | K | T | | | | | |
| 21. Vanguard Wellesley Income Adm (VWIAX) (X) | A | Dividend | J | T | Buy (add'l) | 11/16/18 | J | | |
| 22. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 23. IRA #2 (H) | | | | | | | | | |
| 24. Bremer Bank Money Market (Cash) (Y) | | | | | | | | | |
| 25. Blackrock Equity Dividend Inv C (MCDVX) | B | Dividend | J | T | | | | | |
| 26. Blackrock Health Sciences Opps Inv C (SHSCX) | B | Dividend | K | T | | | | | |
| 27. First Eagle Global C (FESGX) | A | Dividend | K | T | | | | | |
| 28. PGIM (formerly Prudential) Index Fund (PSICX) | B | Dividend | J | T | | | | | |
| 29. Pimco Income C (PONCX) | A | Dividend | J | T | | | | | |
| 30. 529 Plan #1 (H) | | | | | | | | | |
| 31. Amcap Fund (CAFAX) | A | Dividend | K | T | | | | | |
| 32. 529 Plan #2 (H) | | | | | | | | | |
| 33. Cap World Growth and Income (CWIAX) | A | Dividend | K | T | | | | | |
| 34. Fundamental Investors (CFNAX) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, Ryan D. | 07/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 529 Plan #3 (H) | | | | | | | | | |
| 36. Growth Fund America (CGFAX) | A | Dividend | J | T | | | | | |
| 37. Washington Mutual (CWMAX) | A | Dividend | K | T | | | | | |
| 38. 529 Plan #4 (H) | | | | | | | | | |
| 39. Investment Co American (CICAX) | B | Dividend | K | T | | | | | |
| 40. IRA #3 (H) | | | | | | | | | |
| 41. Hartford Capital Appreciation A (ITHAX) (formerly C (HCACX)) | B | Dividend | J | T | | | | | |
| 42. IRA #4 (H) | | | | | | | | | |
| 43. Bremer Bank Money Market (cash) (Y) | | | | | | | | | |
| 44. Blackrock Equity Dividend Inv A (MDDVX) (formerly C (MSDVX)) | A | Dividend | J | T | | | | | |
| 45. Blackrock Health Sciences Opps Inv A (SHSAX) (formerly C (SHSCX)) | A | Dividend | J | T | | | | | |
| 46. IRA #5 (H) | | | | | | | | | |
| 47. John Hancock Value (PZFVX) | A | Dividend | J | T | | | | | |
| 48. IRA #6 (H) | | | | | | | | | |
| 49. Blackrock Health Sciences Opps Inv C (SHSCX) | B | Dividend | K | T | | | | | |
| 50. 401(k) (H) | | | | | | | | | |
| 51. Invesco Diversified Dividend A (LCEAX) | B | Dividend | | | Sold | 12/31/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, Ryan D. | 07/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Prudential Jennison Growth Z (PJFZX) | C | Dividend | | | Sold | 12/31/18 | L | | |
| 53. Prudential QMA Mid-Cap Value A (SPRAX) | B | Dividend | | | Sold | 12/31/18 | K | | |
| 54. Prudential Jennison Mid-Cap Growth A (PEEAX) | B | Dividend | | | Sold | 12/31/18 | K | | |
| 55. Janus Henderson Small Cap Value R (JDSRX) | B | Dividend | | | Sold | 12/31/18 | K | | |
| 56. Lord Abbett Developing Growth A (LAGWX) | B | Dividend | | | Sold | 12/31/18 | K | | |
| 57. American Funds Europacific Growth R4 (REREX) | D | Dividend | | | Sold | 12/31/18 | M | | |
| 58. 401(k) #2 (H) | | | | | | | | | |
| 59. LPL Financial Rollover Cash Deposit (cash) | | None | N | T | Open | 12/31/18 | N | | |
| 60. Vanguard Short Term Bd Idx Adm (VBIRX) | | None | J | T | Buy | 12/31/18 | J | | |
| 61. Palmer Green LLC (H) | | | | | | | | | |
| 62. Undeveloped Land, Lot #1, Shenadoah, VA | | None | K | S | | | | | |
| 63. Undeveloped Land, Lot #2, Shenadoah, VA | | None | K | S | | | | | |
| 64. Undeveloped Land, Lot #3, Shenadoah, VA | | None | K | S | | | | | |
| 65. Rental Property #1, Massanutten, VA | E | Rent | M | S | | | | | |
| 66. Rental Property #2, Massanutten, VA | E | Rent | N | S | | | | | |
| 67. Rental Property #3, Massanutten, VA | E | Rent | M | S | | | | | |
| 68. Health Savings Account #1 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, Ryan D. | 07/30/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. HSA Bank (cash) | A | Interest | | | Closed | 12/20/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, Ryan D. | 07/30/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

The assessed value for Undeveloped Land, Lot #1, Shenandoah, VA (Part VII, line 62) is $55,600 and my LLC owns a 50% share.
The assessed value for Undeveloped Land, Lot #2, Shenandoah, VA (Part VII, line 63) is $62,500 and my LLC owns a 50% share.
The assessed value for Undeveloped Land, Lot #3, Shenandoah, VA (Part VII, line 64) is $62,500 and my LLC owns a 50% share.
The assessed value for Rental Property #1, Massanutten VA (Part VII, line 65) is $249,800.
The assessed value for Rental Property #2, Massanutten VA (Part VII, line 66) is $297,700.
The assessed value for Rental Property #3, Massanutten VA (Part VII, line 67) is $208,500.

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, Ryan D. | 07/30/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ryan D. Nelson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544